635 A.2d 1028

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Matthew Eric SEGAL, Respondent.**

**No. 946 Disciplinary Docket No. 2.
Disciplinary Board No. 75 DB 93.**

Supreme Court of Pennsylvania.

Dec. 9, 1993.

*ORDER*

PER CURIAM:

AND NOW, this 9th day of December, 1993, there having been filed with this Court by Matthew Eric Segal his verified Statement of Resignation dated November 20, 1993, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Matthew Eric Segal be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.